KATHLEEN DEVINE, an Infant, by CATHERINE DEVINE, Her Guardian ad Litem,

Respondent, v. JAMES FOLEY and Another, Appellants, Impleaded with Another, Defendant.— Judgment and order reversed on the law and facts and new trial granted, with costs to appellants to abide event, upon the ground that the striking out of the statement of the plaintiff constituted reversible error (*Larkin* v. *Nassau Electric R. R. Co.*, 205 N. Y. 267; *Ferreri* v. *Webb*, 210 App. Div. 400) and the summing up of plaintiff's counsel was prejudicial and error as matter of fact. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.